# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:21-cv-01987-DOC-DFM                                Date: March 28, 2023

Title: TRI NHU PHAN V. CITY OF GARDEN GROVE

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

The parties are ordered to show cause why this action should not be dismissed pursuant to the Mediation Report (Dkt. 52) stating that the action has completely settled. In response to the Court's order, the parties shall file, on or before March 29, 2023 at 5 p.m., a (a) joint stipulation to dismiss, or (b) a joint report on the status of the case.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                           Initials of Deputy Clerk: kdu

CIVIL-GEN